IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| ROBIN M. LAWLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.  05-0976 |
| ) | |
| AMERICAN BUILDING CONTRACTERS, ) | |
| INC., et al., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on Defendants' Motions to Dismiss.

Appearing to the Court that Plaintiff fails to state a claim upon which relief can be granted, it is hereby

ORDERED that Defendants' Motions to Dismiss are GRANTED and Plaintiff has 14 days to refile an amended complaint.

/s/
_____
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 24, 2005